AO 91 (Rev. 08/09) Criminal Complaint

RD/HH

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Larry R. Dickerson<br>3225 Chillicothe – Lancaster Rd SW<br>Lancaster OH 43130<br><br>*Defendant(s)* | Case No. 2:20-mj-535 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __05/18-21/2020__ in the county of __Fairfield__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | Use of a facility of interstate commerce to attempt to persuade or entice a minor to engage in illegal sexual activity. |

This criminal complaint is based on these facts:

See attached affidavit incorporated herein by reference

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeff Zech, TFO HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 5, 2020

_____
*Judge's signature*

City and state: Columbus, Ohio

Elizabeth Preston-Deavers, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**In the Matter of the Criminal Complaint:**

Larry R. Dickerson
3225 Chillicothe – Lancaster Rd SW
Lancaster OH 43130

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI) Task Force Officer (TFO) Jeff Zech, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Task Force Officer (TFO) with the Immigration and Customs Enforcement, Homeland Security Investigations (HSI), assigned to the Franklin County Internet Crimes Against Children ("ICAC") Task Force in Columbus, OH. I make this affidavit in support of an application for a criminal complaint against Larry Richard DICKERSON, there being probable cause to believe that DICKERSON has committed violations of Title 18 U.S.C § 2422(b)- Attempted Coercion or Enticement of a Minor For Unlawful Sexual Activity.

2. This affidavit is based upon your affiant's first-hand knowledge as well as coordinated efforts with other law enforcement agents. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant did not include each and every fact known concerning this investigation. Your affiant did not withhold any information or evidence that would negate probable cause. Your affiant has set forth only the facts that are believed to be necessary to establish probable cause that Larry Richard DICKERSON committed the violations listed above.

### ONLINE INVESTIGATION AND COMMUNICATIONS

3. In May of 2020, Officer Sarah Rannebarger with the Franklin County ICAC (Internet Crimes against Children) Task Force was conducting undercover online chats to identify individuals who were attempting to solicit and engage in sexual activity with children under the age of 18 years old. Officer Rannebarger was posing as a 15-year-old girl named "Harper" on the

online dating application, Skout.

4. On May 18, 2020, Officer Rannebarger received a private message from an individual utilizing the Skout user name "PoneyPecker," who was later identified as Larry Richard DICKERSON. DICKERSON's "PoneyPecker" Skout account indicated that he was a 48 year old man who lived in Lancaster, Ohio, and was "Just looking for friends who knows from there." DICKERSON asked Officer Rannebarger what she was looking for, and Officer Rannebarger replied, "Idk friends." DICKERSON suggested that he was looking for the same or "fwb or sugar daddy type thing," and asked if Officer Rannebarger was interested in continuing to communicate.

5. Officer Rannebager replied the following day indicating that she wanted to talk to DICKERSON and asking what he meant by a sugar daddy. She also asked if DICKERSON was "okay with younger." DICKERSON replied, "I'm fine with younger. I mean a sugar daddy could be a mentor in life or even financial help. Or just a really good friend help guide you thru life. What would you like. And do you mind older?" Officer Rannebarger confirmed that she did not mind that DICKERSON was older, they then discussed that Officer Rannebarger lived in Pickerington and their plans for the evening. DICKERSON then provided a phone number of 740-475-9219 and stated his name was "Rick".

6. Officer Rannebarger sent a text message to the number "Rick" had provided, saying "Hey it's Harper." After a brief conversation, DICKERSON asked how old Officer Rannebarger was, stated that he was 48 years old, and asked if Officer Rannebarger lived with her parents. Officer Rannebarger informed DICKERSON that she was 15 and lived with her mother. During further discussion, DICKERSON asked about other men that Officer Rannebarger had dated and whether her mother was strict. Officer Rannebarger told DICKERSON that she had dated a 20 year old and that her mom stayed at her boyfriend's a lot, such that Officer Rannebarger had been able to date the prior 20-year-old without her mother's knowledge. DICKERSON then brought up the idea of them meeting, and Officer Rannebarger said they could meet "whenever she's at her bfs haha." DICKERSON then requested a picture of Officer Rannebarger, and she sent the below image of her face:

2



7. DICKERSON replied, "Your gorgeous… Tell your mom to go get laid so we can meet lol." Officer Rannebarger asked, "what would we do?" DICKERSON replied, "Anything your ok with…What would you like to do. Be honest." Officer Rannebarger replied that she didn't care so long as it was something fun. DICKERSON asked Officer Rannebarger what was fun for her, and Officer Rannebarger replied, "Idk What do you normally do for fun?" DICKERSON responded, "Go eat watch movies and sex if the other person likes it…Wbu?" Officer Rannebarger agreed that DICKERSON's ideas sounded like fun, and DICKERSON responded, "Which can we do since we can't really go out in public…Wanna call me."

8. Officer Rannebarger called DICKERSON as he requested, and he began inquiring about where her mother was and what she was doing. During the ensuing approximately 15 minute recorded conversation, Officer Rannebarger informed DICKERSON that her mother was going to be staying at her boyfriend's house in Ashville, Ohio the following night, and DICKERSON started talking about visiting her while her mother was gone. During that discussion, he suggested that they would hang out in her room and then began talking about Officer Rannebarger's prior sexual experience, including with her 20-year-old ex-boyfriend. As the conversation progressed, they discussed their various interests and the possibility of meeting the

3

following night. DICKERSON further suggested that Officer Rannebarger wear a cheerleader outfit or a dance team uniform when he came over, asked what she liked about older men, described himself as "a little bit of a freak" because the age difference between them excited him, and assured Officer Rannebarger that he had "been tested" when she expressed fear of STD's. At a certain point, Officer Rannebarger expressed concern that she might disappoint DICKERSON. DICKERSON assured her that he would not be disappointed, even if they just watched movies, but then suggested, "But you can send me tons of pictures. What are you not comfortable with?" When Officer Rannebarger explained that she could not send nudes because of a prior experience with an ex-boyfriend, DICKERSON promised her that he would never share any such pictures that she sent to him. He went on to say that they both had to agree that they could never tell anyone that they were hanging out, because he could go to prison. As the conversation was ending, DICKERSON brought up the potential meeting the next day and Officer Rannebarger again asked what they were going to do. DICKERSON explained that he would feel more comfortable talking about that kind of thing once he had some pictures of Officer Rannebarger and suggested a picture of her shirtless with the name Rick written across her chest. He further explained that he needed the pictures to make sure that she was not a cop posing as a teenager. They agreed that she would send him some pictures and then they would continue the call.

9. Once the phone call ended, DICKERSON sent a text message to Officer Rannebarger again asking her about sending pictures. Officer Rannebarger replied indicating that she would send pictures but had to help her mom at that moment. After several additional questions from DICKERSON about sending pictures, Officer Rannebager sent an image of herself sitting in front of a mirror with "Rick" handwritten in red marker on a paper and an image of her face. Officer Rannebarger then stated she was going to bed. DICKERSON replied, "Do a quick nude and I'll trust the hell out of you. Hope you can text while your in bed…You amazing looking…Love to hear a goodnight…Are you sure about Tomorrow." Officer Rannebarger stated she was about to fall asleep, and DICKERSON replied, "Aww good night…I want a pic of you and what you will sleep in if I'm there…Ok good night."

10. On May 20, DICKERSON reached out to Officer Rannebarger again and the conversation regarding a potential meeting continued. Officer Rannebarger asked DICKERSON what they would do if they met, and DICKERSON responded that they could do whatever she

4

wanted, and then continued saying, "You know. I mean I am a guy...Thank you for the pics. Your look amazing." Officer Rannebarger indicated that she knew DICKERSON was a guy but didn't know what he wanted to do, and DICKERSON reminded her that he needed pictures of her so he could trust her. The context of the discussion combined with DICKERSON's previous comments made clear that he wanted nude photos of her. DICKERSON then asked for Officer Rannebarger to call him and again reiterated, "I love pics lol...Hint hint." Officer Rannebarger again stated that she did not feel comfortable sending "risky" photos, to which DICKERSON replied, "Up to you don't send to risky I don't want either of us in trouble...I don't want you to feel uncomfortable either...I'm not sure you would be ok with stuff I would want to do. I really don't want you to feel pressure or uncomfortable." DICKERSON then asked if Officer Rannebarger wanted to meet that day and asked where she lived. The discussion again turned to what they would do if they met, and DICKERSON continued to express that he was concerned about getting in trouble and needed to be able to trust Officer Rannebarger. When the conversation continued later DICKERSON returned to the topic of photos saying, "You really don't like doing pics do you lol." Officer Rannebarger apologized and explained that she had bad experiences with sending pictures. DICKERSON replied, "Like you I've had bad experience talking about sex and meeting. We are kinda in the same boat. You can trust that I won't share anything you send me ill delete it immediately I promise and then we can talk about plans for tonight. "

11.     Officer Rannebarger informed DICKERSON that her mother would be leaving at 1:00pm that day and asked DICKERSON what kind of pictures he wanted. DICKERSON replied, "What ever you want to trust me with. And I'll come visit after 1. Where do you live by the way?" Officer Rannebarger said she lived in Pickerington and asked DICKERSON where he lived. DICKERSON stated that he lived in Logan and continued to ask about pictures. Officer Rannebarger asked what kind of pictures DICKERSON wanted, and he responded, "The kind that let me know you trust me." Officer Rannebarger asked, "Does that mean naked" DICKERSON replied, "Do you trust me that much?" Officer Rannebarger said that she did trust him, but could not do nudes because of her past. DICKERSON replied, "I know how that feels. I've had bad experience meeting and talking about the stuff. That's why we both have to get over the fear and trust issue." Officer Rannebarger inquired as to why he had a previous bad experience, and DICKERSON explained that he," Got busted by a mom. A long time ago."

DICKERSON then asked if Officer Rannebarger wanted to meet when her mother left. Officer Rannebarger agreed that she wanted to meet and again asked what DICKERSON wanted to do. DICKERSON continued to evade the question, asking Officer Rannebarger what she wanted to do and where would they meet. Officer Rannebarger informed DICKERSON that she lived in an apartment complex and they could meet there.

12. After further back and forth about what they would do when they met, DICKERSON stated, "Your profile says your 18 so I mean we can do anything. I mean you can't drink legally." Officer Rannebarger replied, "Oh so like 15 going on 18 huh? Haha." DICKERSON replied, "Oh forgot about that lol. I was looking at your profile." Officer Rannebarger explained that the app wouldn't let her use her actual birthday. DICKERSON replied, "Damn how much trouble I could get into if I met a 15 yr old. But your so pretty. When is your birthday. What month." Officer Rannebarger informed DICKERSON that her birthday was in November and asked for his. When DICKERSON said that his birthday was in April, Officer Rannebarger commented about him having a birthday during lockdown and suggested that he could "make up for it now." DICKERSON replied, "You could send me a bday picture present lol. I hope so. That's up to you. Take a pic that shows me how much you want to meet." Officer Rannebarger then sent an image of herself lying next to pair of female's underwear. DICKERSON replied, "That's all you want me lol. Take another pic where those panties would be. If you trust me I'll trust you." Officer Rannebarger replied, "Wouldn't they be on the floor?" DICKERSON replied, "I promise to delete what you send and you can check my phone when we meet. Call me."

13. Once on the phone, DICKERSON asked what apartments she lived in, and she told him the Stratford Lake apartments. He continued to ask what they would do if they met and reiterated that he didn't want to get in trouble. He stated that if he said he wanted to have sex and they met, then he would get in trouble, but that if Officer Rannebarger sent a nude photo he would know she wasn't a cop. He then asked various questions, including how often her mother left, what she liked about sex and what she and her ex did sexually. He told her that she had him both excited and scared, and then continued to pressure her to send a nude photo for him to trust her.

14. When the text message continued after the phone call, DICKERSON continued to pressure Officer Rannebarger for photos and accused her of not trusting him. When Officer Rannebarger assured him that she trusted him, DICKERSON asked, "Show me how much."

6

Officer Rannebarger replied, "Ugh Idk about the nudes. So if I send a nude then what?" DICKERSON replied, "Trust me. Then I'll come meet you. If you don't want to. Then you shouldn't it's fine I understand and are you sure you should meet? That could end up way worse than the pics did." Officer Rannebarger asked why it would be worse, and DICKERSON explained, "Meeting people on line. ESP older men. Police could be involved if you get caught I don't want that for you or for me. And we both have trust issues." Officer Rannebarger then replied, "Yeah maybe we shouldn't." DICKERSON said that it was up to her then continued to ask further questions about where she lived and requested that she send him some "normal pics" and that she call him. During the ensuing phone call, DICKERSON again asked numerous questions about Officer Rannebarger's prior sexual experiences and sexual preferences, including whether her ex-boyfriend had performed "oral," when she had last had sex, what the "kinkiest" thing she has ever done was, and whether she was bi-sexual. He further stated that he loved giving "oral" and that she was overdue for sex. He also asked her to describe her body and asked what "down below" is like.

15. When they discussed meeting, DICKERSON asked if they could meet in a public place first. Officer Rannebarger suggested the Kroger on Gender and Refugee Roads. DICKERSON continued to pressure her to send a nude picture and asked what she would be wearing if he came over. Officer Rannebarger reported she would wear shorts and a tank top. He stated they could meet at Kroger and then go back to her apartment. DICKERSON pressured again for nude photos, but Officer Rannebarger continued stating she wasn't comfortable. He then asked that she send revealing photos of herself in a tank top and of her buttock, and then he would leave to meet. Officer asked DICKERSON what type of vehicle he would be in and he reported that it would be a tan Jeep Wrangler.

16. After the phone call, Officer Rannebarger sent two of the images DICKERSON had requested. One image was of Officer Rannebarger in a tank top. The second image was of her taking a picture of herself in jeans in front of a full-length mirror. DICKERSON replied and stated that she looked older, but it was a compliment. DICKERSON then stated, "Just saying hello right?" Officer Rannebarger agreed saying, "If that's all you want," and DICKERSON responded, "For now…Kroger at 3?" Officer Rannebarger confirmed the meet time and location.

17. Agents of the Franklin County ICAC Task Force traveled to the predetermined meet location. Surveillance units were set in the parking lot of the Stratford Lake apartment complex

7

and at the identified Kroger. At approximately 2:40pm, Officer Rannebarger spoke to DICKERSON on the phone, and he stated he would be there soon and asked when she was going to leave her apartment. He asked repeatedly for her apartment number, but she refused to provide it.

18. During this phone call, a white dodge pickup truck with OH license plate 671ZHU was observed driving through and circling the parking lot of the Stratford Lake apartments. The truck left the complex and was observed parking in a CVS parking lot, from which the Kroger parking lot and the Stratford Lakes apartment complex could be observed. A check of the vehicle registration for the truck was conducted, and it was determined that the vehicle was registered to Larry Richard DICKERSON.

19. During this time, Officer Rannebarger called DICKERSON and said that her mother was coming home. DICKERSON repeatedly asked if she could at least come say hello, and she continued to tell him no because her mother was almost home. DICKERSON then stated, "I was definitely ready for sex." Officer Rannebarger apologized and suggested they could do it another day. DICKERSON left the area at approximately 2:53pm.

### IDENTIFICATION OF LARRY RICHARD DICKERSON

20. During the time that she was communicating with DICKERSON, Officer Rannebarger conducted a search of the phone number DICKERSON had provided to her in a law enforcement database that collects information regarding phone subscribers, residential addresses and other identifying information. According to the information that the database had collected, the listed subscriber of the phone number was Larry Richard DICKERSON. Records from the Ohio Bureau of Motor Vehicles further confirmed that DICKERSON was 56 years old and had a registered White Dodge truck with OH License plate 671ZHU, which is the same registration plate of the truck that was observed in the CVS parking lot on May 20. Officer Rannebarger further determined that in January of 2018, DICKERSON was convicted in the Delaware County Court of Common Pleas of Unlawful Sexual Conduct with a Minor. He was sentenced to 90 days of house arrest and up to five years of community control, and was currently being supervised by the Adult Parole Authority. Detailed in the sentencing entry, DICKERSON had a specific condition to not participate in any online chats. Officer Rannebarger reviewed the sentencing memorandum and discovered that DICKERSON utilized "Meetme" in his offense, and the victim was a 13-year-old female. It should be noted that "Meetme" and "Skout" are the

8

same company and user profiles can be displayed on both applications simultaneously.

21. It was further determined that DICKERSON was convicted in 2002 in federal court in the District of South Carolina for a violation of 18 U.S.C. § 2252(a)(5)(B) pertaining to child pornography. On April 24, 2002, DICKERSON was sentenced to 21 months of incarceration followed by three years of supervised release.

22. During the course of Officer Rannebarger's communications with DICKERSON and her resulting investigation of him, another ICAC Detective received information about an older man who was attempting to communicate with two female minors from Delaware County via Instagram in or about early April of 2020. The minors would block the account, and the suspect would reach out again on another account. The topic of the attempted contact involved the man suggesting that he be a "sugar daddy" to the minor females. Officer Rannebarger looked at the image of the suspect from the Instagram account and compared the image to the profile picture of DICKERSON's "MeetMe" account, and they appeared to be the same individual.

## ARREST AND INTERVIEW

23. On May 21, 2020, DICKERSON was taken into custody by the Adult Parole Authority for an independent investigation regarding the information received from the Franklin County ICAC, regarding the offender contacting minors through social networking sites. Officer Rannebarger and your affiant interviewed DICKERSON at his place of residence on the day that he was arrested by the Adult Parole Authority. DICKERSON was Mirandized and agreed to the interview. Officer Rannebarger informed him that there was an investigation concerning communications between a 15-year-old girl and himself. DICKERSON stated he had "no comment," that he did not have any sexual communication with her, and that he met her on the Meetme application. When asked how long he had been on the app, he stated it had been off and on and further stated, "It's been a problem with me." He further explained that he has been in therapy for PTSD for the past two and half years due to childhood sexual trauma & military sexual trauma, and went on to blame isolation from the COVID-19 pandemic for his online actions.

24. When DICKERSON was asked further questions about his communications with the 15-year-old, he admitted that he had last chatted with her the day prior and that her name started with an H. He admitted that the conversation was about meeting, but claimed that she was trying to lead him into saying he wanted to meet her for sex. According to DICKERSON, he was only

9

going to meet her to say hello and he did not go to the Kroger where they had agreed to meet. He explained that he parked in the CVS parking lot instead and repeatedly told himself, "I can't do this." He admitted, however, that he arrived early for the meeting and drove through the complex where he believed the child lived. When asked why he did that, he said he didn't know, but admitted that he had asked the child for her apartment number. DICKERSON claimed that she was pressuring him to say that he wanted sex but that he would not say it, even though "that stuff" was on his mind. When asked about his comment to the child that he was ready for sex, DICKERSON first claimed that he was glad it didn't happen and then claimed to not remember making the statement.

## CONCLUSION

25.     The sex acts that DICKERSON sought to engage in with Officer Rannebarger's fictitious 15-year-old persona constitute violations of Ohio Revised Code Sections 2907.04 – unlawful sexual conduct with a minor, and Ohio Revised Code Section 2907.07 –importuning.

26.     The images that DICKERSON sought to have Officer Rannebarger's fictitious 15-year-old person create would constitute violations of 18 U.S.C. § 2251(a) – use of a minor to create visual depictions of sexually explicit conduct, and Ohio Revised Code Section 2907.32 – pandering obscenity involving a minor.

27. Based upon the above information, your affiant submits that there is probable cause to believe that Larry Richard DICKERSON has committed the offense of Attempted Coercion or Enticement of a Minor For Unlawful Sexual Activity, in violation of 18 U.S.C. § 2422(b) Therefore, your affiant respectfully requests this Court issue a criminal complaint and arrest warrant.

_____
Jeff Zech
TFO, Homeland Security Investigations

Sworn to and subscribed before me this _____ day of August, 2020

_____
Elizabeth Preston-Deavers
United States Magistrate Judge
United States District Court for the Southern District of Ohio

10

